# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS
LIABILITY LITIGATION                                                MDL No. 2734

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –23)

On October 3, 2016, the Panel transferred 20 civil action(s) to the United States District Court for the Northern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 232 F.Supp.3d 1342 (J.P.M.L. 2016). Since that time, 43 additional action(s) have been transferred to the Northern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable M. Casey Rodgers.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Florida and assigned to Judge Rodgers.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Florida for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable M. Casey Rodgers.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 29, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits

By  _____
Deputy Clerk

Filed0829*18UsDcFlnJAN0911

IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION

MDL No. 2734

### SCHEDULE CTO-23 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| 3:18-cv-2059 — CAN | 3 | 18-04928 | Mack et al v. Bristol-Myers Squibb Company et al |
| Opposed 8/28/18 — ~~CAN~~ | ~~3~~ | ~~18-04968~~ | ~~Ortega et al v. Bristol-Myers Squibb Company et al~~ |
| 3:18-cv-2060 — CAN | 3 | 18-05007 | Adams et al v. Bristol-Myers Squibb Company et al |
| 3:18-cv-2061 — CAN | 3 | 18-05016 | Novick et al v. Bristol-Myers Squibb Company et al |
| 3:18-cv-2062 — CAN | 3 | 18-05021 | Corralejo et al v. Bristol-Myers Squibb Company et al |
| 3:18-cv-2063 — CAN | 3 | 18-05032 | Abraham Jr. et al v. Bristol-Myers Squibb Company et al |
| Opposed 8/28/18 — ~~CAN~~ | ~~4~~ | ~~18-05052~~ | ~~Williams et al v. Bristol-Myers Squibb Company et al~~ |
| 3:18-cv-2064 — CAN | 3 | 18-05055 | Earp et al v. Bristol-Myers Squibb Company et al |
| 3:18cv2065 — CAN | 4 | 18-04931 | Marabuto et al v. Bristol-Myers Squibb Company et al |
| 3:18-cv-2066 — CAN | 4 | 18-05046 | Alford et al v. Bristol-Myers Squibb Company et al |
| **DELAWARE** | | | |
| 3:18-cv-2067 — DE | 1 | 18-01238 | Adams et al v. Bristol-Myers Squibb Company et al |
| 3:18-cv-2068 — DE | 1 | 18-01241 | Kinkle et al v. Bristol-Myers Squibb Company et al |
| 3:18-cv-2069 — DE | 1 | 18-01242 | Arbuckle et al v. Bristol-Myers Squibb Company et al |
| 3:18-cv-2070 — DE | 1 | 18-01243 | Meyer et al v. Bristol-Meyers Squibb Company et al |
| 3:18-cv-2071 — DE | 1 | 18-01244 | Alexander et al v. Bristol-Myers Squibb Company et al |
| 3:18-cv-2072 — DE | 1 | 18-01248 | Covas et al v. Bristol Myers Squibb Company et al |